IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHERYL HUGHES                                                              PLAINTIFF

V.                                                    CAUSE NO.: 1:17CV136-SA-DAS

FOOD GIANT SUPERMARKETS, INC.                                             DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the joint Motion *ore tenus* of Plaintiff, Cheryl L. Hughes and Defendant, Food Giant Supermarkets, Inc., to dismiss this action against the Defendant with prejudice. After being fully advised in the premises, and these parties having reached a full and final compromise regarding this dispute, the Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's claims against the Defendant are hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 11TH day of September, 2018.

_____
U.S. DISTRICT COURT JUDGE

Approved and Agreed:

_____
JEFFERY M. NAVARRO
ATTORNEY FOR PLAINTIFF

_____
RICHARD L. KIMMEL
ATTORNEY FOR DEFENDANT

K:\user7\RK\Food Giant ads. Hughes\Agreed Order of Dismissal.wpd